"Without Prejudice"
Lavely-L.: Brown, beneficiary, sovereign
Conscriptee # 119564
TURNEY CENTER MILITARY COMPLEX
1499 R.W. Moore Memorial Highway
Only, Tennessee [37140-4050]
"inter vivos"

**FILED**

JUN 24 2020

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

**United States District Court**
**Eastern District of Tennessee**
**Knoxville Division**
**LeAnna Wilson Chief Deputy Clerk**
**800 Market Street, Suite 130**
**Knoxville, TN 37902**

3:20-mc-39

Collier / Poplin

**Thursday, June 18, 2020**

**Re: Application to proceed in forma Pauperis.**
    **Question on instructions**

Dear LeAnna,

I am Lavely-Lamont: family of Brown and I am currently being illegally detained at the Turney Center Military Complex located in Only, Tennessee. I obtained a document/security instrument which read: **"Petition for Relief From a Conviction or Sentence By a Person in State Custody (Petition Under 28 U.S.C. § 2241 for a Writ of Habeas Corpus)**

6.   You must pay a fee of $5. If the fee is paid, your petition will be filed. If you cannot pay the fee, you must ask to proceed *in forma pauperis* (as a poor person). To do that, you must complete and file an application to proceed *in forma pauperis.* **The forms can be obtained from the Clerk's Office in the federal district court in which you will be filing your petition.** Also you must submit a certificate signed by an officer at the institution where you are confined showing the amount of money that the institution is holding for you. If you will be filing your petition in the Eastern District of Tennessee and your account exceeds $50.00, you must pay the filing fee. If you will be filing your petition in the Western District of Tennessee and your account exceeds $25.00, you must pay the filing fee. If you will be filing your petition in the Middle District of Tennessee, whether you will be required to pay the filing fee will be determined at the discretion of the judge considering your application to proceed in *forma pauperis*.

I respectfully request that your office provide me with the appropriate "Application to proceed in Forma Pauperis although I am imcompunious.

I have a question concerning :

7.  In this petition, you may challenge the judgment entered by only one court. If you want to challenge a judgment entered by a different court (either in the state or in different states), you must file a separate petition.

I am challenging my illegal detainment out of Knox County case # 32428 in which through a Trust action I as the beneficiary was paroled and then illegally revocated. My question is, am I able to file both actions in one habeas corpus? The illegal revocation arises out of the same illegal detainment. This matter involves imminent danger and irreparable harm. Thank you for your attention in this matter. I look forward to hearing from you.

Kindest regards
With Clean Hands
Without Prejudice UCC 1-308

*Lavely-L. Brown, Beneficiary, sovereign*
Authorized Autograph
Lavely-L.: Brown, beneficiary, sovereign
Sui Juris In Propria Persona
Conscriptee #119564
Turney Center Military Complex
1499 R.W. Moore Mem. Hwy.
Only, Tennessee [37140-4050]

"Without Prejudice"
Lavely-L.: Brown, beneficiary, sovereign
Conscriptee # 119564
TURNEY CENTER MILITARY COMPLEX
1499 R.W. Moore Memorial Highway
Only, Tennessee [37140]

MAILED AS PRIVILEGED
JUN 19 2020
TURNEY CENTER MAILROOM
ONLY TN 37140

NASHVILLE TN 370
22 JUN 2020 PM 5 L

MAILED AS PRIVILEGED
JUN 19 2020
TURNEY CENTER MAILROOM
ONLY TN 37140

RECEIVED
JUN 24 2020
Clerk, U.S. District Court
Eastern District of Tennessee
At Knoxville

PRIVILEGED LEGAL MAIL

United States District Court
Eastern District of Tennessee
Knoxville Division
LeAnna Wilson Chief Deputy Clerk
800 Market Street, Suite 130
Knoxville, TN 37902

37902-230330



RECEIVED
JUN 19 2020
TCIX
MAIL ROOM
OUT GOING

The Department of Corrections has neither inspected nor censored and is not responsible for the contents
Turney Center Industrial Complex